IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SEAN REED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-23-CV-475-FB |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS, | § | |
| INC.; and DOES 1 THROUGH 100, Inclusive, | § | |
| | § | |
| Defendants. | § | |

## ORDER REINSTATING CASE ON DOCKET, DISMISSAL OF CASE AND FINAL JUDGMENT

Before the Court is Plaintiff's Voluntary Dismissal with Prejudice of Defendant Experian Information Solutions, Inc. Pursuant to Federal Rule of Civil Procedure 41 filed on October 16, 2023 (docket #9). On August 19, 2023, this Court entered an Order of Stay and Administrative Closure (docket #8) based on the Notice of Intent to Settle Between Plaintiff and Experian Information Solutions, Inc. filed on August 11, 2023 (docket #6), which advised the Court that the parties reached a settlement in principle in this case and are in the process of documenting their settlement. Plaintiff further advised the Court that the filing of dismissal documents is anticipated within 90 days once the settlement is finalized.

Because the Plaintiff has filed a Voluntary Dismissal With Prejudice as to Defendant Experian Information Solutions, Inc., IT IS HEREBY ORDERED that the case is REOPENED and REINSTATED on the Court's docket and will be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, based on Plaintiff's Voluntary Dismissal with Prejudice of Defendant Experian Information Solutions, Inc. Pursuant to Federal Rule of Civil Procedure 41 (docket #9), IT IS

HEREBY ORDERED, ADJUDGED, and DECREED that this case is DISMISSED WITH

PREJUDICE. Motions pending, if any, are also DISMISSED, and this case is CLOSED.[1]

It is so ORDERED.

SIGNED this 31st day of October, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] Defendants Does 1 through 100 Inclusive were voluntarily dismissed by the Plaintiff on August 11, 2023 (docket #7).